IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDNEY MARTS,
    Plaintiff,

vs.                                      Case No.: 3:09cv322/MCR/EMT

JON S. WHEELER, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 21, 2009 (Doc. 7). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's notice of voluntary dismissal (doc. 6) is **GRANTED** and this case is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 21st day of September, 2009.

                                               *s/ M. Casey Rodgers*
                                               **M. CASEY RODGERS**
                                               **UNITED STATES DISTRICT JUDGE**